MAX BERMAN, complainant,

*v.*

ONE-FORTY-FIVE BELMONT AVENUE CORPORATION et al.,
defendants.

[Decided January 23d, 1933.]

*Mr. Atwood C. Wolf,* for the complainant.

*Messrs. Lindabury, Steelman, Zinc & Lafferty,* for the defendants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported in *109 N. J. Eq. 256.*

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 13.

*For reversal*—None.